05-CV-01848-CMP

FILED ——— ENTERED
LODGED ——— RECEIVED

NOV 07 2005  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ONYX PHARMACY, INC., a Washington Corporation,

    Plaintiff,

v.

MEDICAL ASSISTANCE ADMINISTRATION DEPARTMENT OF SOCIAL AND HEALTH SERVICES, STATE OF WASHINGTON,

    Defendant.

NO. CV05 1848 JCC

NOTICE OF REMOVAL TO FEDERAL COURT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, hereby removes to this court the state court action described below.

1. At the times relevant to the complaint, plaintiff Onyx Pharmacy, Inc. alleges it is a Washington State corporation with its principal place of business located in Bellevue, King County, Washington. This case alleges the violation of civil rights under 42 U.S.C. §§

NOTICE OF REMOVAL TO FEDERAL COURT — NO.

1

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558

1981 and 1983, as well as state law claims including, tortious interference with business expectancy; and racial discrimination under RCW 49.60 et seq.

2. On October 18, 2005, counsel for the State of Washington Department of Social and Health Services was served a lawsuit filed in the Superior Court of Washington for King County, Case No. 05-2-34246-3 SEA entitled "Onyx Pharmacy, Inc., a Washington Corporation vs. Medical Assistance Administration Department of Social and Health Services, State of Washington."

3. The complaint asserts an action under 42 U.S.C. §§ 1981 and 1983 against the individually named defendant. This notice of removal is being filed within 30 days of service of the complaint alleging an action under 42 U.S.C. §§ 1981 and 1983 against the named individual defendant.

4. Under 28 U.S.C. § 1331 and § 1343, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Plaintiff alleges in Count III, paragraph 3.3 of the complaint that the defendant violated the plaintiff's rights pursuant to 42 U.S.C. §§ 1981 and 1983 (which allegations are not admitted by defendant State of Washington, Department of Social & Health Services).

6. This is a civil action of which this court has original jurisdiction under 28 U.S.C. § 1331 and § 1343, and is one which may be removed to this court by defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action founded on a claim or right arising under federal law. The district court also has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367. An Eleventh Amendment bar as to supplemental claims does not divest the federal court of jurisdiction over claims arising under federal law. *Wisconsin Dept. of Corrections v. Schacht*, 524 U.S. 381, 118 S. Ct. 2047, 141 L. Ed. 2d 364 (1998).

7. Venue in the Western District is appropriate as this is the judicial district in which the plaintiff's principal place of business is located in King County, Washington.

NOTICE OF REMOVAL TO FEDERAL COURT -- NO.

2

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558

8. Defendant reserves all rights and defenses, including Eleventh Amendment immunity, and this notice is made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

9. In compliance with 28 U.S.C. § 1446(a), the defendant attaches copies of all process, pleadings and orders served upon it in this case.

DATED this 7th day of November, 2005.

ROB McKENNA
Attorney General

*[signature]*

CATHERINE R. HOOVER, WSBA No. 22049
LISA PAN, WSBA No. 34488
Assistant Attorneys General
Attorneys for Defendant

NOTICE OF REMOVAL TO FEDERAL
COURT -- NO.

3

ATTORNEY GENERAL OF WASHINGTON
670 Woodland Square Loop SE
PO Box 40124
Olympia, WA 98504-0124
(360) 459-6558