# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ONYX PHARMACY, INC.,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>MEDICAL ASSISTANCE ADMINISTRATION DEPARTMENT OF SOCIAL AND HEALTH SERVICES, STATE OF WASHINGTON,<br><br>　　　　　　　　Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C05-1848C |

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_　　**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

　　Plaintiff's claims are hereby DISMISSED without prejudice.


January 30, 2006　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　/s/ C. Ledesma
　　　　　　　　　　　　　　　　　　　　By, Deputy Clerk